FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

July 18, 2022

No. 04-22-00399-CV

**IN RE** Richard A. **GARCIA**

Original Mandamus Proceeding[1]

# O R D E R

Sitting:    Patricia O. Alvarez, Justice
Irene Rios, Justice
Beth Watkins, Justice[2]

After consideration, we **GRANT** real party in interest's "Agreed Motion for Extension of Mandamus Response Deadline."[3] Real party in interest's response is **due on or before July 20, 2022.**

It is so **ORDERED** on July 18, 2022.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT

---

[1] This proceeding arises out of Cause No. 2017-CI-12755, styled *In the Matter of the Marriage of Elizabeth J. Ranft-Garcia and Richard Anthony Garcia and in the Interest of J.E.R.G., a Child*, pending in the 37th Judicial District Court, Bexar County, Texas, the Honorable John D. Gabriel Jr. presiding.

[2] Justice Watkins did not participate in this order.

[3] A motion for extension of time must state: "the deadline for filing the item in question; the length of the extension sought; the facts relied on to reasonably explain the need for an extension; and the number of previous extensions granted regarding the item in question." TEX. R. APP. P. 10.5(b)(1)(A)-(D). Real party in interest did not state the number of previous extensions, if any, granted regarding the mandamus response deadline. Notwithstanding, we apply Texas Rule of Appellate Procedure 2 and disregard these deficiencies. *See* TEX. R. APP. P. 2.